# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# Case No. 25-2781

**CASEY MICHAEL GRANGER and LONI NICOLE GRANGER,**

Pro Se Appellants,

v.

**FEDERAL BUREAU OF INVESTIGATION, CITY OF LA MARQUE, JUDGE LAUREN KING, et al.,**

Appellees.

## APPELLANTS' OPENING BRIEF

Filed: May 8, 2025

### I. JURISDICTIONAL STATEMENT

This Court has jurisdiction under 28 U.S.C. § 1291 to review the District Court's final dismissal. The action arises under 42 U.S.C. § 1983, 28 U.S.C. § 1331, and the constitutional tort framework of Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388 (1971).

### II. STATEMENT OF ISSUES ON APPEAL

1. Did the lower court violate FRCP Rule 65(b) by failing to rule on Plaintiffs' emergency motion for protection?
2. Did the court violate Federal Sealing Procedures under LCR 5(g) and 28 U.S.C. § 1861 by exposing sealed materials without notice?
3. Was Plaintiffs' Seventh Amendment right to a jury trial infringed by failure to acknowledge a properly filed JS-44?

4. Did Judge King violate the duty of impartiality under 28 U.S.C. § 455(a) despite claims of judicial bias?

## III. STATEMENT OF THE CASE

This case arises from a pattern of targeted harassment, stalking, and digital interference experienced by the Appellants, Loni Nicole Granger and Casey Michael Granger, since 2013.

## IV. SUMMARY OF ARGUMENT

The District Court's ruling was procedurally and constitutionally defective. It represents clear due process violations under U.S. Const. amend. V.

## V. ARGUMENT

A. Violation of Due Process and Protective Statutes B. Breach of Sealing Standards and Document Protection C. Jury Trial Rights Ignored D. RICO Suppression and Judicial Misconduct 1. The RICO claim, filed under 18 U.S.C. §§ 1961–1964, documented a coordinated enterprise.

## VI. EXHIBIT LIST

Exhibit L: Prior threats and origins of harassment. Exhibit R: Forensic evidence of interference. Exhibit BLE-1: Unauthorized BLE tracking. Exhibit T: System breaches and clerical negligence. Exhibit K-2: Digital stalking through TikTok.

## VII. CONCLUSION

The Court must reverse the dismissal, remand for full discovery and a jury trial, and ensure that judicial violations are addressed.

Respectfully submitted,
/s/ Loni Nicole Granger Loni Nicole Granger, Pro Se Appellant /s/ Casey Michael Granger Casey Michael Granger, Pro Se Appellant

Seattle, Washington May 8, 2025

*[signatures]*