IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Case No. 25-2781

LONI NICOLE and CASEY MICHAEL GRANGER,

   Plaintiffs-Appellants,

v.

FEDERAL BUREAU OF INVESTIGATION et al.,

   Defendants-Appellees.

MOTION FOR JUDICIAL REVIEW OF PROCEDURAL VIOLATIONS

Plaintiffs-Appellants, Loni Nicole and Casey Michael Granger, hereby submit this Motion for Judicial Review of Procedural Violations, seeking immediate review of the district court's actions in dismissing their initial civil rights complaint and their amended RICO complaint. This motion is supported by the following points:

1. Due Process Violations in Initial Complaint Dismissal

2. Retaliatory Dismissal of RICO Complaint

3. Denial of Fair Access to Courts

4. Abuse of Discretion by the District Judge

**Requested Relief:**

- Full review of the procedural violations committed by the district court.

- Remand with instructions for proper judicial consideration, including the right to submit evidence and receive a fair hearing.

Dated: May 8, 2025

Respectfully submitted,

Loni Nicole Granger

Casey Michael Granger

1215 Thomas Street, Seattle, Washington, 98109

Email: lonigranger1224@gmail.com

Phone: 206-413-0153

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Case No. 25-2781

SUPPORTING DECLARATION OF LONI NICOLE and CASEY MICHAEL GRANGER

We, Loni Nicole Granger and Casey Michael Granger, declare under penalty of perjury:

1. We are the plaintiffs in Case No. 2:24-cv-01946-LK (Western District of Washington).

2. Our original civil-rights complaint (Dec. 2024) was dismissed without summons, discovery, or hearing.

3. We amended to add a RICO claim, including supporting evidence.

4. The day after evidence submission, Judge King dismissed our RICO complaint without review.

5. No hearings were held for either dismissal.

6. Judgment issued with no factual findings or legal analysis.

7. These actions denied us due process and access to the courts.

We declare under penalty of perjury that the above is true and correct.

Dated: May 8, 2025

Loni Nicole Granger

Casey Michael Granger

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Judicial Misconduct Complaint

Complainant:

Loni Nicole Granger

Casey Michael Granger

1215 Thomas Street, Seattle, Washington, 98109

Email: lonigranger1224@gmail.com

Phone: 206-413-0153

Subject Judge:

United States District Judge Lauren King

Western District of Washington at Seattle

**Nature of Complaint:**

This complaint is filed against Judge King for repeated due-process violations, abuse of discretion, and retaliatory dismissals in Case No. 2:24-cv-01946-LK:

1. **Denial of Due Process** – Dismissal of the original complaint without summons, discovery, or hearing.

2. **Retaliatory Dismissal** – Amended RICO complaint dismissed the day after evidence was submitted, without any review.

3. **Pattern of Misconduct** – Obstruction of access to a fair hearing and suppression of evidence.

**Requested Action:**

- Full investigation of Judge King's conduct.

- Review of all procedural actions in the district court case.

- Disciplinary measures if misconduct is confirmed.

Dated: May 8, 2025

Respectfully submitted,

Loni Nicole Granger

Casey Michael Granger

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Case No. 25-2781

PROOF OF SERVICE

I certify that on May 8, 2025, I filed these documents via the Ninth Circuit CM/ECF system. All registered participants will be served through CM/ECF.

Dated: May 8, 2025

/s/ Loni Nicole Granger

Loni Nicole Granger